COLUMBUS BAR ASSOCIATION *v.* BRYANT.

[Cite as Columbus Bar Assn. *v.* Bryant (1984), 15 Ohio St. 3d 25.]

(D.D. No. 84-12—Decided December 19, 1984.)

*Messrs. Ward, Kaps, Bainbridge, Maurer, Bloomfield & Melvin, Mr. David S. Bloomfield, Messrs. Thompson, Hine & Flory, Mr. Michael A. Poe* and *Mr. Christopher J. Kempf,* for relator.
*Mr. Ernest L. Bryant, pro se.*

*Per Curiam.* After a careful examination and review of the record in this cause, this court concurs with the findings and conclusions of the board that respondent violated DR 1-102(A)(1), (4) and (6), DR 5-105(A); DR 6-101(A)(3); DR 6-102(A); DR 9-102(A)(1) and (2); and DR 9-102(B)(1) and (3).

It is the judgment of this court that respondent be permanently disbarred from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J. P. CELEBREZZE, JJ., concur.